```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
SYNNAMON MCKINNIE,

                Plaintiff,
                                                    ORDER
        -against-                           21-CV-5246(JS)(ARL)

SALLIE MAE BANK,

                Defendant.
----------------------------------X
APPEARANCES
For Plaintiff:          Synnamon Mckinnie, pro se
                        54 32nd Street
                        Copiague, New York  11590

For Defendant:          No appearance.
```

SEYBERT, District Judge:

Plaintiff Synnamon McKinnie ("Plaintiff"), proceeding pro se, filed a Complaint in this Court against Defendant Sallie Mae Bank ("Defendant"), together with an application to proceed in forma pauperis ("IFP"). (See Compl., ECF No. 1; IFP App., ECF No. 2.)  On November 4, 2021, the Court denied Plaintiff's IFP application without prejudice and with leave to renew upon completion of the AO 239 Long-Form IFP Application (the "Long-Form IFP Application") within fourteen (14) days.  (Order, ECF No. 5.) On November 19, 2021, Plaintiff submitted a completed Long-Form IFP Application. (Long-Form IFP App., ECF No. 6.)  Albeit untimely by one day, the Court nevertheless accepts Plaintiff's Long-Form IFP Application.  See Guichard v. 10 Does, No. 18-CV-4083, 2019 WL 2410413, at *1 (E.D.N.Y. June 6, 2019).  Upon review of

Plaintiff's Long-Form IFP Application, the Court finds that she is qualified by her financial status to commence this action without prepayment of the filing fee.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis (ECF No. 6) is GRANTED;

IT IS FURTHER ORDERED that the United States Marshal Service shall serve the Summons and Complaint upon Defendant forthwith; and

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to Plaintiff at her address of record.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith. Therefore, IFP status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: December 20, 2021
       Central Islip, New York